IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:12CR016 |
| | § | |
| BRENT ALAN ASKEW | § | |
| | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 5, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Ernest Gonzalez.

On June 18, 2014, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of 125 months imprisonment followed by a five (5) year term of supervised release for the violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), Conspiracy to Possess with the Intent to Manufacture and Distribute at least 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and/or at least 50 Grams or More of Methamphetamine (actual). On June 20, 2019, the term of imprisonment was reduced to 101 months.

On October 4, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 1376). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not leave the judicial district without the permission of the Court or probation officer; (3) Defendant shall report to the probation officer and shall submit

a truthful and complete written report within the first five dates of each month; (4) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment; and (5) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. *See* Dkt. 1376.

The Petition asserts Defendant violated these conditions because: (1) On August 21, 2019, Defendant was arrested in Van Alstyne, Texas, by Van Alstyne Police and charged with Theft Over $500 Under $1,500. Defendant was released the following day on a $2,500 bond from the Grayson County Jail. A case has not been filed; (2) On August 20, 2019, Defendant was in Van Alstyne, Texas, which is in the Eastern District of Texas. The Defendant did not have permission to travel outside of the Eastern District of Oklahoma; (3) Defendant failed to submit a monthly supervision report in August and September 2019; (4) On September 13, 2019, the probation officer attempted a home visit at Defendant's approved residence, and contact was made with Defendant's brother who stated Defendant was no longer residing at the residence. Defendant failed to report this change in residence; and (5) Defendant failed to inform the probation officer of his arrest by the Van Alstyne Police Department on August 21, 2019.

At the hearing on November 5, 2019, Defendant entered a plea of true to violation of allegations two through five (2–5). Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, having considered the arguments presented at the November 5, 2019 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to be served

consecutively to any other sentence, with fifty (50) months of supervised release to follow. In addition to the conditions previously entered stated on the record, the Court recommends that Defendant provide the Probation Office with access to any requested financial information for purposes of monitoring Defendant's income and participate in a program of testing and treatment for substance abuse until discharged. The Court further recommends Defendant be placed in the custody of FCI Phoenix, if appropriate.

**So ORDERED and SIGNED this 7th day of November, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE