**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:12CR016** |
| | § | |
| **BRENT ALAN ASKEW** | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to be served consecutively to any other sentence, with fifty (50) months of supervised release to follow. In addition to the conditions previously entered stated on the record, it is further **ORDERED** that Defendant provide the Probation Office with access to any requested financial information for purposes of monitoring Defendant's income and participate in a program of testing and treatment for substance abuse until discharged. The Court further recommends Defendant be placed in the custody of FCI Phoenix, if appropriate.

**So ORDERED and SIGNED this 3rd day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE