IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | NO. 4:12-CR-00016-SDJ-AGD |
| § | |
| BRENT ALAN ASKEW (6) § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the offender's supervised release. Dkt. 1533 (sealed).

**PROCEDURAL HISTORY**

On June 18, 2014, United States District Judge Richard A. Schell sentenced Askew to 125 months of imprisonment followed by five years of supervised release. Dkt. 1209 at 2–3. Askew's current term of supervised release commenced January 14, 2022. Dkt. 1520 (sealed).

In May 2022, a probation officer petitioned the court for a warrant, alleging that Askew had violated conditions of his supervised release, *id.*, and later amended the petition, Dkts. 1526 (sealed), 1533 (sealed). The amended petition alleged that Askew had violated conditions that required him to not commit another federal, state, or local crime and to refrain from any unlawful possession of a controlled substance. Dkt. 1533 (sealed) at 1–2.

In support of those allegations, the petition asserted that, in 2022, police arrested Askew for possession of methamphetamine during a traffic stop. *Id.* at 2 (sealed). In January 2023, Askew was convicted in Grayson County of possession of a controlled substance and sentenced to 10 years imprisonment. *Id.*

A final revocation hearing was held before me on September 3, 2025. The government moved to dismiss allegations three through seven. *See* Minute Entry for September 3, 2025. Askew pled true to the two remaining allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 1572. The

government requested a sentence of 21 months of imprisonment with no additional term of supervised release, which is within the federal sentencing policy statements; Askew agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations three through seven in the petition for revocation of Askew's supervised release, Dkt. 1533 (sealed), be dismissed; (2) Askew's supervised release be revoked based on allegations one and two in that petition, *id.*; (3) Askew be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months, to run consecutively to the imprisonment term ordered in the 59th District Court of Grayson County, Docket No. 075147; and (4) Askew be placed at FCI Tucson in Tucson, Arizona, if appropriate.

So **ORDERED** and **SIGNED** this 15th day of September, 2025.

_____
Bill Davis
United States Magistrate Judge