THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:12-CR-16-SDJ-AGD |
| § | |
| BRENT ALAN ASKEW (6) § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 15, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #1574) that Defendant's supervised release be revoked.

Having received the Report of the United States Magistrate Judge (Dkt. #1574) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #1572), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations three through seven are dismissed; Defendant's supervised release is revoked based on allegations one and two; Defendant is sentenced to a term of twenty-one months to run consecutively to the imprisonment term ordered in the 59th District Court of Grayson County, Docket No. 075147, with

no term of supervised release to follow; and the Court hereby recommends Defendant be placed at FCI Tucson in Tucson, Arizona, if appropriate.

**So ORDERED and SIGNED this 2nd day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE